```
 1
 2
 3
 4
 5
 6
 7                 IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  J & J SPORTS PRODUCTIONS, INC.,  )
                                     )    2:07-cv-02104-GEB-DAD
11              Plaintiff,           )
                                     )
12       v.                          )    ORDER CONTINUING STATUS
                                     )    (PRETRIAL SCHEDULING)
13  JOSE GUADALUPE PRADO and         )    CONFERENCE
    MARIA ELENA PRADO, individually  )
14  and d/b/a/ RESTAURANTE DEL PRADO,)
                                     )
15              Defendants.          )
                                     )
16
```

17         Plaintiff's Ex Parte Application for an Order Continuing
18  Case Management Conference filed November 27, 2007, reveals this case
19  is not ready to be scheduled.  Therefore, the Status (Pretrial
20  Scheduling) Conference set for December 17, 2007 is continued to March
21  3, 2008, at 9:00 a.m.  A further joint status report shall be filed no
22  later than February 19, 2008.
23         Plaintiff is hereby notified that this action may be
24  dismissed without prejudice as to one or both of the Defendants under
25  Federal Rule of Civil Procedure 4(m) if the Defendants are not served
26  by February 4, 2008.  To avoid dismissal, a proof of service shall be
27  filed for each of the Defendants no later than February 4, 2008.
28

                                    1

1  If Plaintiff believes it has good cause to justify extension
2 of Rule 4(m)'s 120-day service period for Defendants, it shall file a
3 declaration no later than February 4, 2008, showing good cause why the
4 action should not be dismissed without prejudice as to one or both of
5 the Defendants.
6  IT IS SO ORDERED.

Dated:   November 29, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge