IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | 2:07-cv-02104-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSE GUADALUPE PRADO and | ) | |
| MARIA ELENA PRADO, individually | ) | |
| and d/b/a/ RESTAURANTE DEL PRADO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 4, 2009, the parties filed a stipulation and proposed order in which they state this action has settled "subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties." The parties mistakenly assume the court would exercise jurisdiction over some part of their settlement agreement that has not been explained in their stipulation. "Moreover, the mere fact that the parties agree that the court exercise continuing jurisdiction is not binding on the court." Arata v. NuSkin Int'l, Inc., 96 F.3d 1265, 1269 (9th Cir. 1996).

However, this action is dismissed since the parties request

that it be dismissed.  See generally Oswalt v. Scripto, Inc., 616 F.2d 191, 194-95 (5th Cir. 1980)(indicating even when parties fail to enter a "formal dismissal . . . in the record" the court may dismiss the action when it is evident that the parties intended to have the action dismissed).

Dated:  August 6, 2009

GARLAND E. BURRELL, JR.
United States District Judge